without a hearing, there is no indication in the record that defendant ever requested a restitution hearing or otherwise contested the sum awarded at sentencing. Consequently, she is foreclosed from asserting this claim as well (*see People v Golgoski*, 40 AD3d 1138, 1138 [2007]). In view of the above, we find no reason to disturb the judgment of conviction.

Peters, J.P., Spain, Carpinello, Malone Jr. and Kavanagh, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN KOWALCZUK, Appellant. [862 NYS2d 923]—Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered April 12, 2006, convicting defendant upon his plea of guilty of the crimes of driving while intoxicated (two counts) and vehicular assault in the second degree.

Defendant waived indictment and agreed to be prosecuted by a superior court information charging him with driving while intoxicated (hereinafter DWI) as a felony. He was subsequently charged in an indictment with two additional counts of DWI as a felony, as well as assault in the second degree and vehicular assault in the second degree. In satisfaction of the charges, he pleaded guilty to two DWI counts as well as vehicular assault in the second degree, and agreed to be sentenced as a second felony offender to terms of imprisonment not to exceed 2 to 6 years on the DWI counts and 1½ to 3 years on the vehicular assault count, to run concurrently. He also executed a waiver of his right to appeal. Defendant was subsequently sentenced to prison terms of 1½ to 4½ years on one of the DWI counts, 2 to 6 years on the other DWI count and 1½ to 3 years on the vehicular assault count, all to run concurrently. He now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the basis that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Carpinello, Rose, Lahtinen and Stein, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON GREENE, Appellant. [862 NYS2d 923]—Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered April 11, 2006, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fourth degree.